UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| A.T., A MINOR STUDENT, ) | |
| BY AND THROUGH HER PARENTS ) | |
| AND NEXT FRIENDS, B.G. AND J.G., and B.G. and ) | |
| J.G. IN THEIR INDIVIDUAL CAPACITIES, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:22-CV-00110 |
| ) | |
| CLEVELAND CITY SCHOOLS BOARD OF ) | |
| EDUCATION, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF CHANGE OF FIRM AND ADDRESS FOR COUNSEL

PLEASE TAKE NOTICE that the law firm name, address and related contact information for Jonathan Swann Taylor and Hilary L. Magacs, counsel for Defendants Cleveland City Schools Board of Education, Cleveland Middle School, Ms. Leneda Laing, Ms. Stephanie Pirkle, Ms. Lauren Lastoria, Ms. Terry Esquiance, Ms. Ashley Keith, and Matthew Ingram will change effective on July 1, 2024. The new contact information for Mr. Taylor and Ms. Magacs is as follows:

Jonathan Swann Taylor
Hilary L. Magacs
Kramer Rayson, LLP
P.O. Box 629
Knoxville, TN 37901-0629
Phone: (865) 525-5134
Fax: (865) 522-5723
Emails: jstaylor@kramer-rayson.com
hmagacs@kramer-rayson.com

1

All notices, pleadings, orders, filings, and correspondence directed to Mr. Taylor or Ms. Magacs regarding this action should be sent to the above-referenced address as of July 1, 2024. Accordingly, the undersigned will update this information on PACER effective July 1, 2024.

RESPECTFULLY SUBMITTED this 27th day of June, 2024.

> TAYLOR & KNIGHT, GP
> /s/ Hilary L. Magacs
> Jonathan Swann Taylor, BPR#025094
> Hilary L. Magacs, BPR #036864
> 800 South Gay Street, Suite 600
> Knoxville, TN 37929
> Phone: 865-971-1701
> Fax: 865-971-1705
> hmagacs@taylorknightlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2024 a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

> /s/Hilary L. Magacs
> Hilary L. Magacs