UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| A.T., a minor student, by and through her parents and next friends, B.G. and J.G., and B.G. and J.G. in their individual capacities<br><br>Plaintiffs,<br><br>v.<br><br>CLEVELAND CITY SCHOOLS BOARD OF EDUCATION; CLEVELAND MIDDLE SCHOOL; MS. LENEDA LAING, in both her official and individual capacity as Principal of Cleveland Middle School; MS. STEPHANIE PIRKLE, in both her official and individual capacity as Vice-Principal of Cleveland Middle School; MS. LAURA LASTORIA, in both her official and individual capacity as 6th Grade Counselor at Cleveland Middle School; MS. TERRY ESQUIANCE, in both her official and individual capacity as A.T.'s Homeroom Teacher; MS. ASHLEY KEITH, in both her official and individual capacity as A.T.'s Math Teacher; and MATTHEW INGRAM, in both his official and individual capacity as Seventh Grade Vice Principal,<br><br>Defendants. | No.: 1:22-CV-110-TAV-SKL |

## **JUDGMENT ORDER**

For the reasons stated in the memorandum opinion, filed contemporaneously with this order, defendants' motion for summary judgment [Doc. 37] is **GRANTED**, and this

case is hereby **DISMISSED**. Accordingly, all pending motions [Docs. 51, 59, 60] are **DENIED as moot**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan<br>UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    LeAnna R. Wilson
    CLERK OF COURT