UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| A.T., A MINOR STUDENT, BY AND THROUGH HER PARENTS AND NEXT FRIENDS, B.G. AND J.G., AND B.G. AND J.G., INDIVIDUALLY | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:22-CV-00110-TAV-SKL |
| CLEVELAND CITY SCHOOLS BOARD OF EDUCATION, ET. AL | ) ) ) ) | JURY DEMANDED |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF BILL OF COSTS PREVIOUSLY FILED BY DEFENDANTS

Defendants Cleveland City Schools Board of Education ("CCSBE"), Cleveland Middle School ("CMS")[1], Leneda Laing, in both her official and individual capacity as Principal of Cleveland Middle School, Stephanie Pirkle, in both her official and individual capacity as Vice-Principal of Cleveland Middle School, Lauren Lastoria, in both her official and individual capacity as the 6th grade guidance counselor at Cleveland Middle School, Terry Esquiance[2], in both her official and individual capacity as A.T.'s homeroom teacher, Ashely Keith, in both her official and individual capacity as A.T.'s math teacher, and Matthew Ingram, in both his official and individual capacity as the seventh grade Vice Principal (collectively, the "Defendants"), by and through undersigned counsel, hereby provide notice to the Court and the Clerk of the Court that the

---

[1] Plaintiffs have admitted that CMS should be dismissed as a party as a matter of law given that CMS is not a proper party to this action because it is operated and maintained by the CCSBE and the real party in interest in this matter is CCSBE, not CMS. Fed. R. Civ. P. 17; [Doc. 41, Page ID# 443].

[2] Plaintiffs incorrectly identified Ms. Terry Esquinance as Ms. Terry Esquiance in the caption of this Complaint. [*See* Doc. 21]. The real party of interest pursuant to FRCP 17 is Ms. Terry Esquinance and not "Terry Esquiance.

1

Defendants are withdrawing the Bill of Costs [Doc. 64] which was filed of record on or about October 1, 2024 because the dispute at issue in the Bill of Costs has now been fully resolved by the parties.

RESPECTFULLY SUBMITTED this 8th day of November, 2024.

KRAMER RAYSON LLP

*/s/ Jonathan Swann Taylor*
Jonathan Swann Taylor, BPR#025094
Hilary L. Magacs, BPR#036864
800 South Gay Street, Suite 2500
P.O. Box 629
Knoxville, TN 37901-0629
Phone: (865) 525-5134
Fax: (865) 522-5723
jstaylor@kramer-rayson.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2024, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*/s/ Jonathan Swann Taylor*
Jonathan Swann Taylor